# MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

**U.S.A. v.** TERRY EUGENE BLACKABY _____, **No.** 24-mj-2236 _____

**ATTORNEY FOR GOVERNMENT:** Monica Morrison _____

**ATTORNEY FOR DEFENDANT:** Mary Kathryn Harcombe _____ ■ **AFPD** ☐ **Panel** ☐ **Retained**

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin _____

**INTERPRETER NEEDED?** ☐ YES ■ NO **LANGUAGE/INTERPRETER:** _____
☐ **PRESENT** ☐ **TELEPHONE** ☐ **VIDEO**

☐ **Defendant consents to appear before the Magistrate Judge by video**

☐ **INITIAL APPEARANCE** ☐ **ON A SUMMONS** ☐ **ARRESTED ON:** _____
DEFENDANT HAS A COPY OF:
☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other: _____
☐ Defendant advised of the charges & maximum penalties ☐ Defendant advised of right to counsel
☐ Defendant provided the financial affidavit ☐ Counsel retained ☐ FPD Appointed
☐ Defendant advised of right to silence ☐ Defendant advised of right to Consular Notification
☐ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing ☐ Defendant waived preliminary hearing
☐ Government filed motion for detention ☐ Defendant Waived detention hearing
☐ Defendant temporarily detained ☐ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody ☐ Defendant to be returned to state custody
☐ Defendant to remain on current conditions of supervised release
☐ Defendant released on:
☐ Standard ☐ Special ☐ Appearance Bond: _____ ☐ Property Bond
☐ RULE 5- Defendant advised of right to identity hearing ☐ Defendant waived identity hearing
☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT** (Waiver of Indictment executed)
☐ **ARRAIGNMENT**
☐ Defendant acknowledges receipt of Indictment/Information ☐ Indictment/Information read to Defendant
☐ Defendant waived reading thereof ☐ Court advised maximum penalties
**PLEA:** ☐ **GUILTY** ☐ **NOT GUILTY**
☐ Misdemeanor- defendant consented to trial before Magistrate Judge

**DATE:** 8/1/2024 _____ **TOTAL TIME:** 2 hours 11 minutes _____
**BEGIN TIME:** 10:39 a.m. _____ **END TIME:** 12:50 p.m. _____
■ **Digitally Recorded** ☐ **Court Reporter:** _____

Case 3:24-mj-02236   Document 7   Filed 08/01/24   Page 1 of 2 PageID #: 22

☐ **RULE 5 IDENTITY HEARING**      **CONTINUED TO:** _____
     ☐ Defendant found to be person named in the warrant
     ☐ Defendant NOT found to be the person named in the warrant & released
     ☐ Defendant waived identity hearing

■ **PRELIMINARY HEARING**      **CONTINUED TO:** _____
     ■ Probable Cause found      ☐ Probable Cause NOT found; Released from custody
     ☐ Defendant waived preliminary hearing      ☐ Other: _____
     ☐ RULE 5- Defendant reserved right to have hearing in the District of Prosecution

■ **DETENTION HEARING**      **CONTINUED TO:** _____
     ☐ Government withdrew motion for detention
     ☐ Bond set at: _____      ☐ Defendant released on: _____
     ☐ Defendant detained; order to enter
     ☐ Defendant waived detention hearing      ☐ Defendant reserved right to hearing in future
     ■ Defendant to remain in federal custody      ☐ Defendant to be returned to state custody
     ☐ Government moved for stay of Defendant's release pending appeal
     ☐ RULE 5- Defendant elected to have hearing in District of Prosecution

☐ **OTHER**
     ☐ Type of hearing and outcome: _____
_____

☐ **DEFENDANT DIDN'T APPEAR AS DIRECTED; BENCH WARRANT ISSUED**

**NOTES/EVIDENTIARY MATTERS:**      ■ **Witness/Exhibit list attached**

Defendant committed to the District of Prosecution (Eastern District of Tennessee).